**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COBBLER NEVADA, LLC,

      Plaintiff,

v.                                    Case No: 8:15-cv-2654-T-30TGW

JOHN/JANE DOE,

      Defendant.

_____

ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #8) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record